AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\*\*\*\*\*\_\_ DISTRICT OF __NEVADA__

LUIS TOPETE,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER: **3:09-cv-00616-ECR-VPC**

DR. FAIRCHILD, DDS, et al.,

      Defendants.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.

  January 20, 2010                                 **LANCE S. WILSON**
                                                                  Clerk

                                                                    /s/ D. R. Morgan
                                                                  Deputy Clerk