1
2
3                    **UNITED STATES DISTRICT COURT**
4                        **DISTRICT OF NEVADA**
5
6   LUIS TOPETE,                        )
        #85912                          )
7                                       )
              Plaintiff,                )        3:09-cv-00616-ECR-VPC
8                                       )
    vs.                                 )
9                                       )        **ORDER**
    DR. FAIRCHILD, DDS, *et al.*,       )
10                                      )
              Defendants.               )
    _____/
11
12          On January 20, 2010, the court dismissed this action without prejudice (docket #5) and
13  judgment was entered by the Clerk (docket #6).
14          On October 28, 2010, the Clerk of Court received a payment from plaintiff in the amount
15  of $27.00 (see docket #23).  However, as this action is closed the Clerk shall return this payment to
16  plaintiff.
17          **IT IS THEREFORE ORDERED** that the Clerk of Court shall return to plaintiff his
18  payment of $27.00 (*see* docket #23).
19          **IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed
20  case.  Any such documents shall be returned, unfiled, to plaintiff.
21
22          DATED this 2nd day of November, 2010.
23
24                                      _____
                                        UNITED STATES DISTRICT JUDGE
25
26